Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–10350–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Abraham Howe
148 Fountain Avenue
Trenton, NJ 08618

Social Security No.:
xxx–xx–3022

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 23, 2016.

On March 1, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                     April 4, 2017
Time:                     10:00 AM
Location:              Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 1, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-10350-CMG
Abraham Howe                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Mar 01, 2017
                             Form ID: 185          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db          +Abraham Howe,   148 Fountain Avenue,   Trenton, NJ 08618-3826
515265520   +A-1 Collection,   101 Grovers Mill Rd,   Re: Capital Health; Raj Lalla, MD;,
             Mercer Gastroenterology,   Lawrenceville, NJ 08648-4706
515436196    ADVANCED ORTHOPEDICS,   AND SPORTS MED INST,   Revenue Recovery Corporation,   P O Box 341308,
             Memphis, TN 38184-1308
515433496    ADVANCED ORTHOPEDICS AND SPORTS MED INST,   Revenue Recovery Corporation,   PO Box 50250,
             Knoxville, TN 37950-0250
515265523   +ATG Credit,   1700 W Corland St,   Ste 201,   Re: Columbia House,   Chicago, IL 60622-1166
515265545   ++C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,   PO Box 742596,   Cincinnati, OH 45274)
515265527   +Capital Health Advanced Imaging,   PO Box 3246,   Indianapolis, IN 46206-3246
515265528   +Capital Health Systems,   750 Brunswick Avenue,  Attn: Patient Accounts,
             Trenton, NJ 08638-4143
515265529   +Cenlar,   425 Phillips Blvd.,   Trenton, NJ 08618-1430
515265531   +Emergency Medical Assoc.- CHS,   PO Box 417442,   Boston, MA 02241-7442
515265530   +Emergency Medical Assoc.- CHS,   PO Box 5333,   Parsippany, NJ 07054-6333
515265532   +Kivitz McKeever Lee,   701 Market Street,   Suite 5000,   Re: Cenlar,
             Philadelphia, PA 19106-1541
515265533   +Lenox Socey Wilgus,   Re: American Trading; DC 3953-14,   3131 Princeton Pike,
             Trenton, NJ 08648-2201
515265534   +Mark Nichter, Esq.,   Re: Capital Health System,   44 South Broadway,
             White Plains, NY 10601-4425
515265535   +Mercer County Surgery Center,   3120 Princeton Pike,   2nd floor Suite B,
             Lawrenceville, NJ 08648-2325
515265536   +Mercer Gastroenterology,   Two Capital Way,   Suite 487,   Pennington, NJ 08534-2521
515265538   +NJ Healthcare Specialist,   PO Box 417191,   Boston, MA 02241-7191
515315939   +Navient Solutions, Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
515409587   +New Jersey Housing & Mortgage Finance Agency,   Cenlar FSB,   425 Phillips Boulevard,
             Ewing, NJ 08618-1430
515265539   +Nottingham Medical Assoc (Clinton Ogolo),   1457 Nottingham Way,   Trenton, NJ 08609-1909
515265541   +Quality Asset Recovery,   Re: Capital Surgical Assoc,   7 Foster Ave,   Ste 101,
             Gibbsboro, NJ 08026-1191
515265542   +Revenue Recovery Corp,   Re: Advanced Orthopedics & Sport,   612 Gay Street,
             Knoxville, TN 37902-1603
515265543   +Sallie Mae (Navient),   PO Box 9500,   Wilkes Barre, PA 18773-9500
515265544   +Schacter Portnoy,   Re: Capital Health Advanced Imaging,   3490 Rt. 1,   Suite 6,
             Princeton, NJ 08540-5920
515265546   +Trans Continental Credit & Collection,   Re: Capital Health System,   PO Box 5055,
             White Plains, NY 10602-5055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2017 23:31:26    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2017 23:31:23    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515275660   +E-mail/Text: dwarshaw@warshawlawfirm.com Mar 01 2017 23:31:57
             Advanced Orthopedics and Sports Med Inst,   c/o Warshaw Law Firm LLC,   PO Box 276,
             Liberty Corner NJ 07938-0276
515265521   +E-mail/Text: brn@altra.org Mar 01 2017 23:31:47    Altra FCU,   PO Box 443,
             La Crosse, WI 54602-0800
515275876    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2017 23:41:43
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
515265522   +E-mail/Text: bsimmons@amsher.com Mar 01 2017 23:31:59    Amsher Collection Service,
             Re: T Mobile,   600 Beacon Parkway W Ste 300,   Birmingham, AL 35209-3114
515265524   +E-mail/Text: banko@berkscredit.com Mar 01 2017 23:31:05    Berks Credit & Collection,
             Re: Mercer County Surgery Center,   PO Box 329,   Temple, PA 19560-0329
515265525   +E-mail/Text: banko@berkscredit.com Mar 01 2017 23:31:05    Berks Credit & Collection,
             Re: Mercer County Surgery Center,   900 Corporate Drive,   Reading, PA 19605-3340
515265540   +E-mail/Text: bankruptcy@optimarecoveryservices.com Mar 01 2017 23:31:38
             Optima Recovery Services,   Re: Capital Health Advanced Imaging,   PO Box 52968,
             Knoxville, TN 37950-2968
515265547   +E-mail/Text: dwarshaw@warshawlawfirm.com Mar 01 2017 23:31:57    Warshaw Law Firm,
             266 King George Road, Suite C-2,   Re: Advanced Orthopedics & Sports Med;,   DC 5003-14,
             Warren, NJ 07059-5187
                                                                              TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

District/off: 0312-3          User: admin                    Page 2 of 2          Date Rcvd: Mar 01, 2017
                             Form ID: 185                    Total Noticed: 35

515265526     ##+Capital Health Advanced Imaging,    PO Box 1025,    Frederick, MD 21702-0025
515265537     ##+Navient,   300 Continental Dr,    Newark, DE 19713-4322

                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John  Zimnis    on behalf of Debtor Abraham  Howe njbankruptcylaw@aol.com.
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
          jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com

                                                                    TOTAL: 6