**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
ABRAHAM HOWE

                    Debtors

**Order Filed on May 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-10350

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: May 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Abraham Howe
Case No.:  15-10350 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $700 for services rendered and expenses in the amount of $0 for a total of $700. The allowance shall be payable:

      ___x__   through the Chapter 13 Plan as an administrative priority from
                 funds on hand
      _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $532 per month for the remaining months to allow for payment of aforesaid fee.