UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:    _____
                                                    :
                                                    :    Adv. No.:    _____
                                                    :
                                                    :    Judge:       _____
                                                    :
          Debtor (s),                               :
_____ :    Chapter:     _____


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**         _____
                                _____
                                _____

**Location of Hearing:**        Courtroom No. _____
                                _____
                                _____
                                _____

**Date and Time:**              _____,
                                or as soon thereafter as counsel may be heard.


**COURT APPEARANCES:**    _____ **ARE REQUIRED**        _____ **ARE NOT REQUIRED**


DATED:   _____                JEANNE A. NAUGHTON, Clerk


# CERTIFICATE OF MAILING

I HEREBY CERTIFY that the foregoing notice was served on the following:

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*